# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Mark Fultz, ) | Civil Action No. 2:19-cv-01867-RMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **STIPULATION OF DISMISSAL WITH** |
| Andrew Pinckney Inn, LLC, ) | **PREJUDICE** |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Mark Fultz Vasquez and Defendant Andrew Pinckney Inn, LLC, through their respective counsel, stipulate to the dismissal of the above-captioned case with prejudice. The parties hereby state that this matter has been resolved and the parties desire to dismiss this matter with prejudice. Each party shall bear its own costs and fees in this matter.

**WE SO MOVE AND CONSENT:**

| | |
|---|---|
| FISHER & PHILLIPS LLP | LAW OFFICE OF ANTHONY BRADY, ANTHONY BRADY JR. |
| By: s/ Phillips L. McWilliams | By: s/ Anthony J. Brady, Jr. |
| Reyburn W. Lominack, III (FID 9438) | Anthony J. Brady, Jr. (FID 07267) |
| rlominack@fisherphillips.com | 1670-9 Springdale Drive |
| Phillips L. McWilliams (FID 11992) | PMB 159 |
| pmcwilliams@fisherphillips.com | Camden, SC 29020 |
| 1320 Main Street, Suite 750 | ladbrady@gmail.com |
| Columbia, South Carolina 29201 | |
| Phone: (803) 255-0000 | |
| Fax: (803) 255-0202 | |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |
| Columbia, South Carolina | Camden, South Carolina |
| September 23, 2019 | September 23, 2019 |